IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSI PHARMACEUTICALS, LLC and GENENTECH, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHILPA MEDICARE LIMITED,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1096 (CFC) |

## **STIPULATED CONSENT ORDER OF DISMISSAL**

Upon the joint application of Plaintiffs OSI Pharmaceuticals, LLC and Genentech, Inc. and Defendant Shilpa Medicare Limited for a Consent Order of Dismissal without prejudice, the Parties having consented thereto:

IT IS this _____ day of February 2019,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Complaint is dismissed, without prejudice;

2. Each Party shall bear its own costs and attorneys' fees.

We consent to the form and entry of the foregoing Consent Order and Dismissal.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Kevin M. Capuzzi* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com<br> *Attorneys for Plaintiffs OSI*<br> *Pharmaceuticals, LLC and Genentech, Inc.* | Kevin M. Capuzzi (#5462)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>(302) 442-7010<br>kcapuzzi@beneschlaw.com<br> *Attorneys for Defendant Shilpa Medicare*<br> *Limited* |

OF COUNSEL:

Amy K. Wigmore
Amanda L. Major
Tracey C. Allen
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC  20006
(202) 663-6000

Emily Whelan
Kevin Yurkerwich
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-5000

February 19, 2019

OF COUNSEL:

Michael S. Weinstein
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH  44114
(216) 363-4500

Manish K. Mehta
Zaiba M. Baig
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
(312) 212-4949

_____
United States District Judge