IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSI PHARMACEUTICALS, LLC and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHILPA MEDICARE LIMITED, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 18-1096 (CFC) ) ) ) ) ) |

## STIPULATED CONSENT ORDER OF DISMISSAL

Upon the joint application of Plaintiffs OSI Pharmaceuticals, LLC and Genentech, Inc. and Defendant Shilpa Medicare Limited for a Consent Order of Dismissal without prejudice, the Parties having consented thereto:

IT IS this 25th day of February 2019,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Complaint is dismissed, without prejudice;

2. Each Party shall bear its own costs and attorneys' fees.

We consent to the form and entry of the foregoing Consent Order and Dismissal.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| /s/ *Derek J. Fahnestock* | /s/ *Kevin M. Capuzzi* |
| Jack B. Blumenfeld (#1014) <br> Derek J. Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> dfahnestock@mnat.com <br> *Attorneys for Plaintiffs OSI Pharmaceuticals, LLC and Genentech, Inc.* | Kevin M. Capuzzi (#5462) <br> 222 Delaware Avenue, Suite 801 <br> Wilmington, DE 19801 <br> (302) 442-7010 <br> kcapuzzi@beneschlaw.com <br> *Attorneys for Defendant Shilpa Medicare Limited* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Amy K. Wigmore<br>Amanda L. Major<br>Tracey C. Allen<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>(202) 663-6000 | Michael S. Weinstein<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>(216) 363-4500 |
| Emily Whelan<br>Kevin Yurkerwich<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-5000 | Manish K. Mehta<br>Zaiba M. Baig<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>333 West Wacker Drive, Suite 1900<br>Chicago, IL 60606<br>(312) 212-4949 |

February 19, 2019

_____
United States District Judge

2